IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| SPCP GROUP, LLC, | § | |
| | § | |
| Plaintiff Below, | § | No. 388, 2025 |
| Appellant, | § | |
| | § | Court Below: Court of Chancery |
| v. | § | of the State of Delaware |
| | § | |
| SVALBARD HOLDINGS LIMITED | § | |
| and ATTESTOR VALUE MASTER | § | |
| FUND LP, | § | |
| | § | C.A. No. 2024-0576 |
| Defendants Below, | § | |
| Appellees. | § | |

Submitted: April 1, 2026
Decided: April 28, 2026

Before **SEITZ**, Chief Justice; **TRAYNOR**, and **LEGROW**, Justices;

## **ORDER**

This 28th day of April, 2026, after careful consideration of the parties' briefs and the record below, and following oral argument, we find it evident that the judgment of the Court of Chancery should be affirmed on the basis of and for the reasons stated in the Letter Opinion dated August 15, 2025; the Order dated August 15, 2025 Granting Defendants' Motion to Dismiss; and the Order dated August 22, 2025 Granting Plaintiff's Motion for Clarification and Amendment of the August 15, 2025 Opinion and Order.

1

NOW, THEREFORE, IT IS ORDERED that the judgment of the Court of Chancery is AFFIRMED.

BY THE COURT:

*/s/ Abigail M. LeGrow*
Justice